

**Harris, Conway & Donovan, PLLC**
Attorneys and Counselors at Law

www.CapitalRegionLaw.com

GREGORY G. HARRIS
MICHAEL C. CONWAY
RYAN T. DONOVAN
CYNTHIA J. TIPPINS*
LAUREN K. DeLUCA

*Fellow, American Academy of Matrimonial Lawyers*

Telephone: 518.436.1661
Facsimile: 518.432.1996
*Service by fax not accepted*

November 30, 2015

**Via Electronic Filing**

Hon. Andrew T. Baxter, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

Re:  **Shelton Brothers Inc. V. Tri-Valley Beverage, Inc., et al**
 **Civil Action No.: 6:14-CV-01168 (GLS/ATB)**

Dear Judge Baxter:

As a follow up to our conference of October 29, 2015, please accept the following update. The parties have exchanged several versions of a settlement agreement over the past four (4) weeks. It is expected that the settlement agreement should be finalized and signed this week. A stipulation will be filed soon thereafter.

Respectfully submitted,

HARRIS, CONWAY & DONOVAN, PLLC

Ryan T. Donovan
RTDonovan@CapitalRegionLaw.com

RTD/mds
cc:  J. Mark Dickison, Esq. *(via electronic filing)*

The Patroon Building    Five Clinton Square    Albany, NY 12207